UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHNNY L. WILLIAMS, | ) |
| Petitioner, | ) Case No. EDCV 06-712 GW (AJW) |
| v. | ) |
| GARY SWARTHOUT, WARDEN, | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, petitioner's objections to the Report, and respondent's reply to petitioner's objections to the Report. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: July 29, 2013

_____
George H. Wu
United States District Judge