UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHNNY L. WILLIAMS, | ) Case No. EDCV 06-712-GW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GARY SWARTHOUT, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 29, 2013

_____
George H. Wu
United States District Judge